UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLIFTON DURANT,**

      **Plaintiff,**

v.                                       Case No. 6:20-cv-414-ACC-GJK

**SNS TRANSPORTATION SERVICES, INC.,**

      **Defendant.**

**ORDER**

This cause is before the Court on the parties' Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 34) filed on March 9, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 35).

After an independent *de novo* review of the record in this matter, and noting that the parties have filed a Notice of Non-Objection (Doc. 36) to the Report, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed March 10, 2021 (Doc. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 34) is hereby GRANTED.

3. The case is DISMISSED with prejudice.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2021.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties